Fernando Bustillo, 02530-051
**Name and Prisoner/Booking Number**

USP-Tucson, Arizona
**Place of Confinement**

P.O. Box 24550
**Mailing Address**

Tucson, Arizona 85734
**City, State, Zip Code**

FILED ___ LODGED
RECEIVED ___ COPY

JAN 25 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Fernando Bustillo
(Full Name of Plaintiff)            Plaintiff,

vs.

(1) Beacon
(Full Name of Defendant)

(2) J. Ryan

(3) Pam Norgrain

(4) _____

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

Jury Trial Is Demanded

CASE NO. CV 18-0039 TUC CKJ PSOT
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☑ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: USP-Tucson, Tucson, Arizona

Revised 5/1/2013                    1                    **550/555**

## B. DEFENDANTS

1. Name of first Defendant: __Beacon__. The first Defendant is employed as: __Unit Manager__ (Position and Title) at __USP-Tucson, Arizona__ (Institution).

2. Name of second Defendant: __J. Ryan__. The second Defendant is employed as: __Nurse__ (Position and Title) at __USP-Tucson, Arizona__ (Institution).

3. Name of third Defendant: __Pam Norgrain__. The third Defendant is employed as: __Nurse__ (Position and Title) at __USP-Tucson__ (Institution).

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____ (Position and Title) (Institution).

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☑ Yes   ☐ No

2. If yes, how many lawsuits have you filed? ____. Describe the previous lawsuits: __Several__

   a. First prior lawsuit:
      1. Parties: __not known, Court file__ v. __not in plaintiff's possession__
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __Dismissed on Appeal__.

   b. Second prior lawsuit:
      1. Parties: __N/A__ v. __N/A__
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __N/A__

   c. Third prior lawsuit:
      1. Parties: __N/A__ v. __N/A__
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: __Eighth Amendment__

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Plaintiff was knowingly and deliberately denied proper size Colostomy items and provided small wafer put that tapes to the stoma, that leaked feces down his legs and everywhere he walked throughout the institution by defendant J. Ryan who thought it was very funny in violation of the Eighth Amendment. The abuse lasted several months. All complaints to the warden were totally ignored. Ryan is also a Racist and Shouts that plaintiff should return to Mexico although she knows plaintiff was born here in the United States. The present wafer provided is only good for a few hours and starts leaking due to the acid like fluids produced by the stoma that violates the Eighth Amendment.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Plaintiff was ostracized and avoided by all other prisoners because he smelled like shit.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes   ☒ No
   b. Did you submit a request for administrative relief on Count I?   ☐ Yes   ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?   ☐ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not: Plaintiff is persistently denied access to administrative remedy forms. One complaint he managed to file on December 7, 2017 remains unanswered.

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: _____
_____

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☑ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On or about January 4, 2018 racist and abusive pill-line nurse infected plaintiff Bustillo with the flu virus using a contaminated needle while purporting to give Bustillo an insulin injection as a diabetic in violation of the Eighth Amendment. Since that date, January 4, 2018, defendant Pam Norgran who is also the pill-line nurse has been denying plaintiff Bustillo his insulin dose, nighttime snack as a diabetic, and enjoys infecting prisoners with diseases.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Plaintiff became very feverish with the flu and such a disease can be fatal given the fact that plaintiff is 73 years old.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☑ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count II?   ☐ Yes   ☑ No
   c. Did you appeal your request for relief on Count II to the highest level?   ☐ Yes   ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Plaintiff is being denied access to the Bureau of Prisons sham grievance system.

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: **Eighth Amendment**

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☑ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Plaintiff is being denied sufficient toilet paper to meet his physical-medical needs by defendant Beacon and his gang of guards in violation of the Eighth Amendment. Defendant Beacon also denies plaintiff indigent postage stamps, pens, paper and envelopes to mail them in violation of the First and Fifth Amendment, as well as a reasonable opportunity to use the law library computer in the Unit.

   Defendant Beacon also denies plaintiff single cell status and therefore the opportunity to relieve himself of bodily waste due to his cell partner using the toilet in violation of the Eighth Amendment.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Plaintiff is unable to maintain proper hygiene due to being denied sufficient toilet paper, and being exposed to diseases. As a colostomy patient plaintiff uses three times as much toilet paper as a normal prisoner.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☑ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count III?  ☐ Yes  ☑ No
   c. Did you appeal your request for relief on Count III to the highest level?  ☐ Yes  ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Plaintiff is being denied Administrative grievance forms.

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking: Enter a temporary and permanent injunction prohibiting the named defendants from denying plaintiff proper size colostomy bags, subjecting plaintiff to racism, infecting him with diseases, denying him sufficient toilet paper to meet his physical-medical needs, denying him postage stamps, pens, paper, envelopes, and forcing him to defecate on himself and throughout the institution intended to degrade and humiliate him in retaliation for asserting his Constitutional Rights for redress of grievances.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1-18-2018
DATE

[Signature]
SIGNATURE OF PLAINTIFF

N/A
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6