UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 20 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FERNANDO BUSTILLO,

        Petitioner - Appellant,

v.

BEACON, Unknown; et al.,

        Defendants - Appellees.

No. 18-15876

D.C. No. 4:18-cv-00039-CKJ-PSOT
U.S. District Court for Arizona, Tucson

**MANDATE**

The judgment of this Court, entered June 26, 2018, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT

        By: Rebecca Lopez
        Deputy Clerk
        Ninth Circuit Rule 27-7