| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUN 26 2018 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

FERNANDO BUSTILLO,

    Petitioner-Appellant,

 v.

BEACON, Unknown; et al.,

    Defendants-Appellees.

No. 18-15876

D.C. No. 4:18-cv-00039-CKJ-PSOT
District of Arizona, Tucson

ORDER

Before: CANBY, WARDLAW, and RAWLINSON, Circuit Judges.

    A review of the record demonstrates that this court lacks jurisdiction over this appeal because the district court granted appellant's motion to vacate, vacated the April 25, 2018 judgment challenged in this appeal, and reopened the case.

    Because the action is still pending in the district court, this appeal is dismissed for lack of jurisdiction. *See* 28 U.S.C. § 1291.

    All pending motions are denied as moot.

    **DISMISSED.**

DA/Pro Se