

18-15876 Fernando Bustillo v. Beacon, et al "Mandate Issued (Screening/Motions Panel)"
ca9_ecfnoticing
to:
08/20/2018 09:21 AM
Hide Details
From: ca9_ecfnoticing@ca9.uscourts.gov
To:

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

United States Court of Appeals for the Ninth Circuit

**Notice of Docket Activity**

The following transaction was entered on 08/20/2018 at 9:18:23 AM PDT and filed on 08/20/2018

| | |
|---|---|
| **Case Name:** | Fernando Bustillo v. Beacon, et al |
| **Case Number:** | 18-15876 |
| **Document(s):** | Document(s) |

**Docket Text:**
MANDATE ISSUED. (WCC, KMW and JBR) [10981599] (Lopez, Rebecca)

**Notice will be electronically mailed to:**

USDC, Tucson

**Case participants listed below will not receive this electronic notice:**

Fernando Bustillo
#02530-051
USP - U.S. PENITENTIARY - TUCSON
P.O. Box 24550
Tucson, AZ 85734

The following document(s) are associated with this transaction:
**Document Description:** Mandate Order
**Original Filename:** /opt/ACECF/live/forms/RebeccaJ.Lopez_1815876_10981599_v2Order-Mandate_216.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=08/20/2018] [FileNumber=10981599-0]
[81833047a5252928dfbf16027b1d01f06ff181fff52dfd75fc68d8506fd798dfd20de48436160a0a8a60583c36c5a28d86bbbe1b860dc
**Recipients:**

- Fernando Bustillo
- USDC, Tucson

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 10981599
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 13227672